Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address

Michael Smith (259267)
Law Offices of Langley and Chang
4158 Fourteenth Street
Riverside, CA 92501
T: (951) 383-3388
F: (951) 483-4434

FOR COURT USE ONLY

**FILED & ENTERED**

**MAY 22 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

**CHANGES MADE BY COURT**

☐ *Debtor appearing without attorney*
☐ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>RIVERSIDE</u> DIVISION**

In re:

MICHELLE A. KILLACKEY,

CASE NUMBER: 6:26-bk-10924-SY

CHAPTER: 7

**ORDER  ☒  GRANTING  ☐  DENYING**
**DEBTOR'S MOTION TO AVOID LIEN UNDER**
**11 U.S.C.§ 522(f) (REAL PROPERTY)**

☒   No hearing held
☐   Hearing held
DATE:
TIME:
COURTROOM:
ADDRESS:

Debtor(s).

**Creditor Holding Lien to be Avoided** (*name*)*:* Unifund CCR, LLC

The Motion was:        ☐ Opposed        ☒ Unopposed        ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1.  ☐   Notice of this Motion complied with LBR 9013-1(d).

2.  ☒   Notice of this Motion complied with LBR 9013-1(o).

   a.  ☒   There was no opposition and request for hearing.

   b.  ☐   Hearing requested and held as indicated in the caption.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  ☒  Motion granted as set forth in the **Attachment** to this order.

4.  ☐  Motion denied on the following grounds:        ☐  with prejudice        ☐  without prejudice

  a.  ☐  Insufficient notice

  b.  ☐  Insufficient evidence of the exempt status of the property in question

  c.  ☐  Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

  d.  ☐  Insufficient evidence of fair market value.

  e.  ☐  Motion is incomplete.

  f.  ☐  Other (*specify*):

5.  ☐  The court further orders as follows (*specify*):

  ☐  See attached page

                                                    ###

Date: May 22, 2026

Scott H. Yun
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** Unifund CCR, LLC

2. **Subject Lien:**  Date (*specify*) and place (*specify*) of recordation of lien: 9/22/2014 Riverside County; Recorder's instrument number or document recording number: 2014-0357881. Renewed: 4/18/2023 Riverside County; Recorder's instrument number of document recording number: 2023-0109826

3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording: 39865 La Moria Corte, Murrieta, CA 92562, .15 Acres In Lot 15 MB 174/032 TR 21999, County of Riverside. ☐ See attached page.

4. ☒ Motion granted:

    a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

    b. ☒ The judicial lien is void and unenforceable:

        (1) ☒  In its entirety

        (2) ☐  In the following amount *only*: $ _____. The balance of $ _____ remains a valid and enforceable lien against the property.

    c. Unless otherwise ordered, any claim(s) that were secured by the avoided lien(s) are to be treated as general unsecured claim(s) and are to be paid pro-rata with all other unsecured claims.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.