**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

---

**Wednesday, June 3, 2026**                                                    **Hearing Room     302**

---

9:30 AM
**6:26-10924    Michelle Angelique Killackey**                                    **Chapter 7**

Telephonic Hearing

**#9.00**    Notice of motion and motion for relief from the automatic
stay with supporting declarations REAL PROPERTY
RE: 39865 La Moria Corte, Murrieta, CA 92562

**Darlene C Vigil to appear by telephone (949)842-5048**
**Arnold L Graff to appear by telephone (949)477-5050**
**Michael Smith to appear by telephone (951)383-3388**

Docket      13

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO:        _____

CONT'D. TO:  _____

WITHDRAWN:   _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by
telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

---

**Party Information**

---

**Debtor(s):**

Michelle Angelique Killackey              Represented By
                                          Christopher J. Langley
                                          Michael  Smith